IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JANICE CHRISTOPHE, <br>     PLAINTIFF, <br><br> V. <br><br> TEXAS HEALTH AND HUMAN <br> SERVICES COMMISSION, <br>     DEFENDANT. | § § § § § § § § § | CAUSE NO. 1:18-CV-287-LY |

### FINAL JUDGMENT

Before the court is the above entitled cause of action. On October 9, 2019, the parties filed a Joint Stipulation of Dismissal with prejudice (Doc. #15), which the court has reviewed and now approves. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this _____ day of October, 2019.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE